IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOSE MORALES,                          )
                          Plaintiff    )
                                       )
        vs.                            )        Civil Action No. 07-1527
                                       )        Judge Joy Flowers Conti/
DR. JEFFREY A. BEARD, D.O.C.           )        Magistrate Judge Amy Reynolds Hay
Secretary; DOCTOR B. JIN, Surgeon;     )
DOCTOR STANLEY FALOR, Medical          )
Doctor; DIANE MANSON, Medical          )
Administrator; SUPERINTENDENT LOUIS)
S. FOLINO,                             )
                          Defendants   )

## ORDER

AND NOW, this 12th day of August, 2008, after the Plaintiff, Jose Morales, filed

an action in the above-captioned case,  and after Plaintiff filed a Motion for emergency

injunction, and after a Report and Recommendation was filed by the United States Magistrate

Judge giving the partied until July 28, 2008 to file written objections thereto, and no objections

having been filed, and upon independent review of the record, and upon consideration of the

Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Plaintiff's Emergency Injunction Motion,

Dkt. [22], is denied.


                              /s/ Joy Flowers Conti
                              JOY FLOWERS CONTI
                              United States District Judge


cc:     Honorable Amy Reynolds Hay
        United States Magistrate Judge

        Jose Morales

DB-5001
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

Mary Lynch Friedline
Deputy Attorney General
Office of the Attorney General
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

Kathryn M. Kenyon, Esquire
PIETRAGALLO, GORDON, ALFANO, BOSICK & RASPANTI
38th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219